■ SANDRA A. SNEDDON, as Administratrix of the Estate of JOHN SNEDDON, Deceased, Appellant, v CSX TRANSPORTATION, Respondent. (Appeal No. 2.) [847 NYS2d 891]—Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered December 5, 2006 in a wrongful death action. The order, insofar as appealed from, denied plaintiff's motion to set aside the jury verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic*

*Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Scudder, P.J., Gorski, Centra, Fahey and Green, JJ.